UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JANET HOYT,**

      Plaintiff,                                      Case No. 3:19-cv-01408-HES-JBT

v.

**ELITE HOSPITALITY IV, LLC,**
d/b/a **HOLIDAY INN EXPRESS & SUITES**

      Defendant.
_____/

**ORDER**

      **THIS CAUSE** is before the Court on the Parties' "Notice of Pending Settlement" (Dkt. 5). The Notice indicates the parties have reached a resolution in the above-captioned matter and are in the process of finalizing a settlement agreement.

      Accordingly, it is hereby **ORDERED**:

      1. This case is hereby **DISMISSED** without prejudice, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within that sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

      2. The Clerk is directed to terminate all pending motions and close this case.

      **DONE AND ORDERED** at Jacksonville, Florida, this _15t_ day of January, 2020.

                                                    HARVEY E. SCHLESINGER
                                                    UNITED STATES DISTRICT JUDGE

**Copies to:**
Jason S. Weiss, Esq.
Elite Hospitality IV, LLC
      45 Seton Trail
      Ormond Beach, FL 32176