UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANET HOYT,

    Plaintiff,     Case No. 3:19-cv-01408-HES-JBT

v.

ELITE HOSPITALITY IV, LLC,
d/b/a HOLIDAY INN EXPRESS & SUITES

    Defendant.
_____/

### ORDER

THIS CAUSE is before the Plaintiff Janet Hoyt's "Notice of Voluntary Dismissal with Prejudice" (Dkt. 7). Defendant Elite Hospitality IV, LLC, d/b/a Holiday Inn Express & Suites has yet to serve either an answer or motion for summary judgment.

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned case is **DISMISSED with prejudice**, with each party to bear their own attorneys' fees, costs and expenses; and

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of January, 2020.

                              HARVEY E. SCHLESINGER
                              UNITED STATES DISTRICT JUDGE

**Copies to:**
Jason S. Weiss, Esq.
Elite Hospitality IV, LLC
    45 Seton Trail
    Ormond Beach, FL 32176